# Eric Grimm

| | |
|---|---|
| **From:** | Paul Nicoletti [pauljnicoletti@gmail.com] |
| **Sent:** | Monday, September 09, 2013 11:52 AM |
| **To:** | Eric Grimm |
| **Subject:** | Re: NWMI44-1 1:13-cv-00893 |

### FRE 408(a) PROTECTED SETTLEMENT DISCUSSIONS

Eric,

This isn't possible.  My client has developed a sophisticated analysis for these purposes which not only include a basic current asset search but also looks at the Defendant's earning power over a 20 year period, the strength of our evidence when correlated to the subscriber household, whether the Defendant is sophisticated within the realm of IP (you'd be surprised how many IP lawyers end up as Defendants themselves), as well as a host of other factors.


Best Regards,

Law Offices of Nicoletti & Associates, PLLC
Paul J. Nicoletti  (P-44419)
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Landline: (248) 203-7800
Fax 1: (248) 203-7801
Fax 2: (248) 928-7051
Email:  paul@nicoletti-associates.com
Website: www.nicoletti-associates.com



This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) at (248) 203-7800 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only.  No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means.  Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.

 Please consider the environment before printing this email